Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff
JANICE ASHLEY

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JANICE ASHLEY, | Case No.: 2:08-cv-02251-LKK-EFB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JANICE ASHLEY, and Defendant, WEST ASSET MANAGEMENT, INC., stipulate, and the Court hereby orders, as follows:

    1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JANICE ASHLEY, against Defendant, WEST ASSET MANAGEMENT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

///

///

///

///

///

- 1 -

STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: 1/16/09   KROHN & MOSS, LTD.

2 | /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
3 | Attorney for Plaintiff,
Janice Ashley
4

5 | Dated: 1/16/09   SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

6 | /s/ Albert R. Limbert
Albert R. Limberg, Esq.
7 | Attorney for Defendant,
West Asset Management, Inc.
8

9

10 | THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

11

12 | Dated: January 20, 2009.

13

14 | _____
LAWRENCE K. KARLTON
15 | SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 2 -

STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com